1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. 3:11-CV-03638-MEJ<br>Hon. Samuel Conti<br><br>**[PROPOSED] ORDER REGARDING *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO OPPOSE AND/OR CONTINUING THE HEARING DATE ON CENTEX HOMES' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Ex Parte Application; and Declaration of Kari M. Myron]<br><br>Trial Date: Not assigned. |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

The Court, having read and considered the *ex parte* application filed by plaintiffs and counter-defendants Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut and St. Paul Mercury Insurance Company (collectively, "Travelers") seeking an order continuing the hearing on Centex Homes' ("Centex") Motion for Partial Summary Judgment from January 27, 2012, to April 20, 2012, and/or extending the time for Travelers to file its opposition in response to defendant's motion for summary judgment from November 18, 2011, to March 23, 2012, HEREBY ORDERS as follows:

1. The *ex parte* application is GRANTED.

2. The hearing on defendants' motion for partial summary judgment is continued to February 24, 2012.

3. Plaintiffs' opposition in response thereto is due no later than January 30, 2012.

4. Defendant's reply is due no later than February 6, 2012.

Dated: November 16, 2012      _____
                              Samuel Conti,
                              Judge of the U.S. District Court

**IT IS SO ORDERED**.

1

[PROPOSED] ORDER REGARDING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO OPPOSE AND CONTINUING THE HEARING DATE FOR CENTEX HOMES' MOTION FOR PARTIAL SUMMARY JUDGMENT