1  **BOHM, MATSEN, KEGEL & AGUILERA, LLP**
   A. Eric Aguilera (SBN 192390)
2  Kari M. Myron (SBN 158592)
3  695 Town Center Drive, Suite 700
   Costa Mesa, CA 92626
4  T: 714-384-6500 F: 714-384-6501
   eaguilera@bmkalaw.com
5  kmyron@bmkalaw.com
6  tperea@bmkalaw.com

7  **LETHER & ASSOCIATES, PLLC**
   Thomas Lether, Esq., *Pro Hac Vice*
8  3316 Fuhrman Ave E, Suite 250
   Seattle, WA  98102-3800
9  T: 206-467-5444
10 tlether@letherlaw.com

11 Attorneys for plaintiffs/counter-defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation | Case No. 3:11-CV-03638-SC-DMR<br>Hon. Samuel Conti<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON CENTEX HOMES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| vs. | |
| CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive, | Trial Date:  Not assigned. |
| Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

COMES NOW, plaintiffs and counter-defendants Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut and St. Paul Mercury Insurance Company (collectively "Travelers") and defendant and counter-complainant Centex Homes ("Centex"), by and through their counsel of record, and submit the following Stipulation and [Proposed] Order.

Pursuant to Local Rules 7-7(a) and 16-2(3), the parties hereto stipulate as follows:

1. The hearing on Centex's motion for partial summary judgment, currently scheduled for disposition on February 24, 2012, is continued to April 20, 2012. The time and location of the hearing shall remain the same.

2. Travelers' opposition in response thereto is due no later than March 26, 2012.

3. Centex's reply thereto is due no later than April 2, 2012.

4. The case management conference, currently scheduled for March 30, 2012, is continued to May 25, 2012. The time and location shall remain the same.

5. Centex agrees to produce its FRCP 30(b)(6) deponent for deposition within 30-days of Magistrate Judge Donna M. Ryu's ruling on Centex's motion for protective order regarding the deposition, which will be filed on or before January 18, 2012.

6. The date of the Centex 30(b)(6) deposition shall be at least 15-days before Travelers' opposition to Centex's motion for partial summary judgment is due.

Dated: January 10, 2012

PAYNE & FEARS, LLP

*/s/: Jeff M. Hayes*
Jeffrey M. Hayes
Attorneys for Defendant and Counter-Complainant

Dated: January 10, 2012

BOHM, MATSEN, KEGEL & AGUILERA, LLP

*/s/: Kari M. Myron*
A. Eric Aguilera, Esq.
Kari M. Myron
Attorneys for Plaintiff and Counter-Defendants

IT IS SO ORDERED
Judge Samuel Conti

1

Case No. 3:11-CV-03638-MEJ
STIPULATION AND [PROPOSED] ORDER re: CONTINUING HEARING ON CENTEX HOMES'
MOTION FOR PARTIAL SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January _____, 2012

_____
Hon. Samuel Conti
United States Judge

2

Case No. 3:11-CV-03638-MEJ
STIPULATION AND [PROPOSED] ORDER re: CONTINUING HEARING ON CENTEX HOMES'
MOTION FOR PARTIAL SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE