**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY,

        Plaintiff(s),

    v.

CENTEX HOMES,

        Defendant(s).

_____/

No. C-11-03638 SC (DMR)

**NOTICE AND ORDER SETTING PHONE CONFERENCE RE JOINT DISCOVERY LETTER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court is in receipt of the parties' joint letter regarding their discovery dispute. IT IS HEREBY ORDERED that lead counsel for both parties shall participate in a telephonic conference with the undersigned on **February 2, 2012 at 10:45 a.m.** Counsel for **Defendant Centex Homes** shall initiate the three-way conference call to the court as follows: (1) by first calling counsel for **Plaintiff Travelers Property Casualty Co. of America**; and then (2) with all counsel on the line, calling the court's call-in number, five minutes prior to the scheduled start time.

    **One week prior to the scheduled telephonic conference, counsel for Defendant shall contact Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, to obtain the court's call-in number for the telephonic conference.**

    IT IS SO ORDERED.

Dated: January 20, 2012

_____
DONNA M. RYU
United States Magistrate Judge