IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No. 11-3638-SC<br><br>ORDER TO SHOW CAUSE |

　　The Court hereby ORDERS the parties in the above-captioned matter to show cause why venue lies in the Northern District of California.  Briefs on this matter shall be filed no later than May 1, 2012 and shall not exceed five (5) pages.  Failure to comply with this Order may result in the transfer of this case to the Eastern District of California.

　　IT IS SO ORDERED.

Dated: April 23, 2012

_____
UNITED STATES DISTRICT JUDGE