**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@ aguileragroup.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E Ste 250
Seattle, WA 98102-3800
T: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com

Attorneys for Plaintiffs/Counter-Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 3:11-CV-03638-SC<br>Hon. Samuel Conti<br><br>**STIPULATION RE: EXPERT WITNESS REPORT DISCLOSURE DEADLINE; [PROPOSED] ORDER**<br><br>Trial Date: February 11, 2013 |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and St. Paul Mercury Insurance Company (collectively, "Travelers") and Centex Homes ("Centex") that:

The deadline for Travelers and Centex to supply their written report under Rule 26(a)(2)(B) will be extended until December 20, 2012.

**SO STIPULATED.**

Dated: December 11, 2012    **THE AGUILERA LAW GROUP, APLC**

By: _____
Eric Aguilera
Kari M. Myron
Attorneys for plaintiffs and counter-defendants Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and St. Paul Mercury Insurance Company

Dated: December 11, 2012    **PAYNE & FEARS, LLP**

By: _____
Jeffrey M. Hayes
Attorneys for defendant and counter-claimant, CENTEX HOMES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 12, 2012

_____
Hon. Samuel Conti
Judge, United States District Court