IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive, | Case No. 11-3638-SC <br><br> BRIEFING ORDER RE: MOTIONS FOR PARTIAL SUMMARY <u>JUDGMENT</u> |
| CENTEX HOMES, <br><br>  Counterclaimant, <br><br>  v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., <br><br>  Counterdefendant. | |

The parties in the above-captioned matter recently filed seven motions for partial summary judgment, all set for hearing on January 11, 2013. ECF Nos. 85, 90, 95, 97, 99, 102, 107. As briefed, these motions raise 38 separate, noticed issues and have the potential to generate 21 separate briefs, totaling 525 pages, much of which will likely be duplicative. See id. To simplify the resolution of this dispute, the Court ORDERS the parties to re-brief the issues raised in their motions for summary judgment in accordance with the following consolidated briefing schedule:

- On or before January 11, 2013, Plaintiffs shall file a single, consolidated motion for summary judgment.[1]
- On or before January 25, 2013, Defendant shall file a single, consolidated cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.
- On or before February 8, 2013, Plaintiffs shall file a single, consolidated opposition to Defendant's cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment.
- On or before February 22, 2013, Defendant shall file a single, consolidated reply in support of Defendant's cross-motion for summary judgment.

Plaintiffs and Defendant are each allotted a total of 135 pages for their briefing, to be distributed among their briefs as they see fit. Any motions or stipulations for additional pages of briefing filed after January 11, 2013 shall be strongly disfavored. As will motions for leave to file surreply briefs. The Court shall not

---

[1] As all Plaintiffs are represented by the same counsel, they shall collectively file a single motion, a single opposition brief, and a single reply brief.

consider any new arguments raised on reply. The parties need not submit new evidence or declarations and may refer to the declarations and evidence submitted in support of their previously filed motions for partial summary judgment. This matter shall be submitted on the papers.

    The trial currently set for February 11, 2013 and the hearing set for January 11, 2013 are hereby VACATED. The Court shall set a new trial date in a separate Order.

    IT IS SO ORDERED

Dated: December 19, 2012

                              UNITED STATES DISTRICT JUDGE