UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CENTEX HOMES,<br><br>    Defendant(s). | No. C 11-03638 DMR<br><br>**ORDER TO SUBMIT DOCUMENT FOR IN CAMERA REVIEW** |

The court has reviewed the parties' December 11, 2012 joint letter regarding Defendant Centex Homes' motion to compel the production of Plaintiff Travelers Property Casualty Company's document titled "Construction Defect File Review Guidelines 2008," which appears to be bates-labeled TRV-022844-022848. [Docket Nos. 115, 115-2.] By no later than **4:00 p.m. on January 8, 2013**, Plaintiff shall lodge for *in camera* review an unredacted copy of all pages of the document titled "Construction Defect File Review Guidelines 2008" with the U.S. District Court Clerk's Office in Oakland, located at 1301 Clay Street, Suite 400S, 4th Floor, Oakland, California 94612.

IT IS SO ORDERED.

Dated: January 7, 2013

_____
DONNA M. RYU
United States Magistrate Judge