United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, | No. C 11-03638 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT DOCUMENTS RE DISCOVERY DISPUTE** |
| v. | |
| CENTEX HOMES, | |
| Defendant(s). | |

The court has reviewed the parties' November 28, 2012 joint letter regarding Defendant Centex Homes' motion for a protective order. [Docket No. 78 ("Joint Letter").] By no later than January 8, 2013, Defendant shall e-file all "tender matrices" from the underlying cases that it has previously produced to Plaintiff Travelers Property Casualty Company in this litigation. (*See* Joint Letter 2, 4.)

IT IS SO ORDERED.

Dated: January 7, 2013

DONNA M. RYU
United States Magistrate Judge