# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C 11-03638 SC (DMR)

**CASE NAME:** TRAVELERS PROPERTY CASUALTY v. CENTEX HOMES

**MAGISTRATE JUDGE DONNA M. RYU**  **COURTROOM DEPUTY:** Ivy Garcia

**DATE:** January 18, 2013   **TIME:** 1:59-2:14   **COURT REPORTER:** FTR 1:59-2:14

**COUNSEL FOR PLAINTIFF:**　　　　　　**COUNSEL FOR DEFENDANT:**
Lindsee Falcone　　　　　　　　　　　Jeffrey Hayes

## PROCEEDINGS

[ ] SETTLEMENT CONFERENCE　　　　　[ ] FURTHER SETTLEMENT CONFERENCE

[ ] Settled
[ ] Did not settle
[ ] Partial settlement

[X] DISCOVERY CONFERENCE

[ ] STATUS CONFERENCE RE: _____

[ ] OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES: During the conference, the parties indicated that they have reached agreement regarding a number of entries on Travelers' revised privilege log and will continue to meet and confer regarding nos. 86, 146, 236 and 237. Centex indicated that the following revised privilege log entries remain contested: in Category 1, nos. 155-156, 159, 183-184, and 187; in Category 4, nos. 53, 63, 66, 84, 85, 88, 92, 96, 98-99, 110, 117, 123, 125, 127, 131, 133, 134, 145, 163, 166, 167, 191, 194-195, 206, 208, 211, 217, 218, 225, 226, 359, and 360. By 9:00 a.m. on January 22, 2013, Travelers shall submit to the court for *in camera* review unredacted versions of the documents which correspond to each contested entry, clearly indicating all proposed redactions. If Travelers does not submit a document corresponding to one of the contested entries, the court will assume that the parties reached agreement regarding that entry. The court will review the documents and issue a ruling on Travelers' assertion of the attorney-client privilege as to each entry. Travelers is ordered to produce to Centex the "2008 Construction Defect File Review Guidelines" by no later than January 18, 2013.

cc:　　Chambers