UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY,<br><br>    Plaintiff,<br><br>   v.<br><br>CENTEX HOMES,<br><br>    Defendant.<br>_____/ | No. C 11-03638 DMR<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO COMPEL UNREDACTED CLAIMS NOTES** |

On December 18, 2012, the parties filed a joint letter setting forth their disputes regarding Plaintiff Travelers Property Casualty Co.'s ("Travelers") production of claim notes which Travelers had redacted based on its assertions of the attorney-client privilege and work product protection. [Docket No. 118.] On January 10, 2013, the court held a hearing on the dispute. The court subsequently ordered Travelers to amend its privilege log to support its assertions of privilege and to file the same by 12:00 p.m. on January 17, 2013, and further ordered the parties to immediately meet and confer regarding the amended log. The court instructed Defendant Centex Homes ("Centex") to identify any remaining disputed entries by 5:00 p.m. that day. [Docket No. 127.]

On January 17, 2013, Centex filed a letter identifying a number of disputed entries on Travelers' amended privilege log. [Docket No. 130.] On January 18, 2013, the court held a telephonic hearing regarding the disputed entries. The parties stated that although they had reached further agreements, they continued to dispute the discoverability of 40 entries on the revised

1  privilege log and sought a ruling by the court. The court ordered Travelers to submit unredacted
2  versions of the disputed documents for *in camera* review by January 22, 2013. [Docket No. 132.]
3      Travelers timely submitted the documents, and the court conducted its *in camera* review.
4  The court finds that Travelers' proposed redactions on document TRV-016263 are proper, because
5  the redacted information is subject to the mediation privilege.
6      With respect all of the remaining pages submitted by Travelers, the court finds that Travelers
7  seeks to redact information that is properly subject to the attorney-client privilege and/or work
8  product protection. However, some of Travelers' redactions are overbroad and include information
9  that is not privileged and/or protected. Therefore, Travelers is ordered to revise its redactions so that
10 only the monetary amounts are redacted. The court points to documents TRV-019013 and TRV-
11 019014 as examples of proper redactions. Travelers is ordered to produce documents in
12 conformance with this order by no later than January 31, 2013.

14      IT IS SO ORDERED.

16 Dated: January 25, 2013



DONNA M. RYU
United States Magistrate Judge