**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Raymond E. Brown (SBN 164819)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
rbrown@aguileragroup.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E, Suite 250
Seattle, WA 98102-3800
T: 206-467-5444
tlether@letherlaw.com

Attorneys for Plaintiffs/Counter-Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive, <br><br> Defendant. <br><br> AND RELATED COUNTER CLAIM. | Case No. 3:11-CV-03638-SC-DMR <br> Hon. Samuel Conti <br><br> **DECLARATION OF TERRY (TERESA) WOLCOTT** <br><br><br> Action Filed: July 25, 2011 <br> Trial Date: Not Set |

1

## DECLARATION OF TERRY (TERESA) WOLCOTT

I, Terry (Teresa) Wolcott, hereby declare as follows:

1. I am a 2nd Vice President, Construction Defect Business Line Lead of the Construction Claim Organization for Travelers Indemnity Company ("Travelers").

2. In my capacity with Travelers, I have personal knowledge of the creation and purpose of the document entitled "Construction Defect File Review Guidelines 2008" that has been produced by Travelers in compliance with the Magistrate's Order of January 18, 2013 [Dkt. 132].

3. If called as a witness in this matter, I could and would testify as to the following facts.

4. In late 2007/early 2008 I was designated as a member of a team of Travelers employees tasked with drafting quality management ("QM") compliance procedures for the Construction Defect unit of Travelers. The document produced by Travelers in compliance with the Magistrate's Order [Dkt. 132] is the result of those efforts.

5. The document, since its creation, was intended to be, and in fact has been, kept confidential in order to protect Travelers' confidential QM procedures.

6. In order to maintain its confidential nature, the document can only be accessed by Travelers personnel and it is only intended to be used by management level or higher employees during quality control efforts.

7. Although the document has subsequently been replaced, some of the information within the document has not changed significantly in its later versions, so Travelers has continued to maintain its confidentiality in order to protect its QM procedures. The document provides the confidential and proprietary procedures of Travelers relating not only to coverage for additional insured claims but also expense management, resolution, organization and supervisory procedures.

8. The document contains Travelers' formula/method for quality control. It was the result of great efforts and expense on the parts of Travelers' management and counsel and further resulted from significant research and investigation. The document further was never intended to be provided to claims adjusters because it is neither about "claims handling" nor is it a "claims guideline."

9. Travelers derives economic value from its quality control methods because its individualized policies and procedures allow for Travelers to provide a quality product that it advertises to the public as such.

10. Additionally, other insurance companies could derive economic value from the document (1) by using the quality control measures to provide the same quality product, which they could then advertise to the public, and (2) by doing so without having had to spend the time, effort and money invested by Travelers to develop the procedures. Allowing others access to this document could significantly impair Travelers' market share.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed this 1st day of February 2013 in San Diego, California.

_Terry Wolcott_
Terry Wolcott, declarant