United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, | No. C-11-03638 DMR |
| Plaintiff(s), | **ORDER TAKING JOINT DISCOVERY LETTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| CENTEX HOMES, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received the parties' February 26, 2013 joint discovery letter (Docket No. 164), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: March 14, 2013

IT IS SO ORDERED

_____
DONNA M. RYU
United States Magistrate Judge