**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
Thomas V. Perea (SBN 140223)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@ aguileragroup.com
tperea@aguileragroup.com

**LETHER & ASSOCIATES, PLLC**
Thomas Lether, Esq., *Pro Hac Vice*
3316 Fuhrman Ave E Ste 250
Seattle, WA 98102-3800
T: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com

Attorneys for Plaintiffs/Counter-Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Case No. 3:11-CV-03638-SC<br>Hon. Samuel Conti<br><br>**STIPULATION TO STRIKE EXHIBIT "G" TO PLAINTIFFS' MOTION TO FIND CENTEX IN CIVIL CONTEMPT FOR FAILING TO COMPLY WITH THE COURT'S ORDER RE: MOTIONS TO SEAL FROM THE PUBLIC RECORD AND IN ITS PLACE, TO DEEM EXHIBIT "G" TO HAVE BEEN FILED UNDER SEAL**<br><br>Trial Date: Vacated |

IT IS HEREBY STIPULATED BY AND BETWEEN Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company

1

of Connecticut, and St. Paul Mercury Insurance Company (collectively, "Travelers") and Centex Homes ("Centex") that:

**RECITALS**

WHEREAS on April 26, 2013, Travelers filed Its Motion to Find Centex in Civil Contempt [Dkts. 173].

WHEREAS Exhibit G to the Declaration of Thomas V. Perea consisted of electronic billing records from the law firm of Newmeyer & Dillion that Centex produced in discovery [Dkt. 173-1];

WHEREAS these billing records were previously designated by Centex as confidential pursuant to the Stipulated Protective Order [Dkt. 69];

WHEREAS the billing records were "publicly" filed by Travelers in conjunction with the Motion to Find Centex in Civil Contempt;

WHEREAS these billing records contain entries about ongoing litigation and Centex maintains its claims that these entries are protected by attorney-client privilege and the work-product doctrine;

WHEREAS the parties met and conferred about Exhibit G after counsel for Centex notified Travelers that Exhibit G should not have been filed in the public record;

WHEREAS the Travelers acknowledges that it inadvertently "publicly" filed the billing statement, but Travelers believes the billing statements are necessary in order for the Court to be able to properly rule on Travelers' motion,

IT IS HEREBY STIPULATED by and between the parties, through their counsel, that

1. Exhibit G to Travelers' motion is deemed stricken from the public record;

2. The Court will instruct the Clerk to remove Exhibit G from the public record; and

3. In its place, Exhibit G will be deemed to have been filed under seal with the Court pursuant to ¶ 12.3 of the Stipulated Protective Order.

1  **IT IS SO STIPULATED.**

2  Dated: May 9, 2013                **THE AGUILERA LAW GROUP, APLC**

4                                    By:    /s/ *Thomas V. Perea*
5                                           A. Eric Aguilera
                                            Kari M. Myron
6                                           Thomas V. Perea
                                            Attorneys for plaintiffs and counter- defendants
7                                           Travelers Property Casualty Company of America,
                                            Fidelity & Guaranty Insurance Company, The
8                                           Travelers Indemnity Company of Connecticut, and St.
9                                           Paul Mercury Insurance Company

10 Dated: May 15, 2013               **PAYNE & FEARS, LLP**

12                                   By:    /s/ *Jeffrey M. Hayes*
13                                          Scott S. Thomas
                                            J. Kelby Van Patten
14                                          Jeffrey M. Hayes, Esq.
                                            Attorneys for defendant and cross-complainant,
15                                          CENTEX HOMES

22         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24 Dated: _____05/14/2013_____   _____
                                     Hon. Samuel Conti
                                     United States District Court

28 4823-2870-6067.1

3

Case No. 3:11-CV-03638-SC
STIPULATION TO STRIKE AND TO DEEM EXHIBIT "G" FILED UNDER SEAL