```
                    IN THE UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA


TRAVELERS PROPERTY CASUALTY      ) Case Nos. 11-3638-SC, 12-
COMPANY OF AMERICA,              ) 0371-SC, 13-0088-SC
                                 )
          Plaintiff,             )
                                 ) ORDER RE: CONSOLIDATION
     v.                          )
                                 )
                                 )
CENTEX HOMES, NEWMEYER &         )
DILLION, and DOES 1 through 10   )
inclusive,                       )
                                 )
─────────────────────────────────)
TRAVELERS PROPERTY CASUALTY      )
COMPANY OF AMERICA,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )
                                 )
CENTEX HOMES, NEWMEYER &         )
DILLION, RGL INC., RGL           )
FORENSICS, and DOES 1 through 10 )
inclusive,                       )
                                 )
─────────────────────────────────)
TRAVELERS PROPERTY CASUALTY      )
COMPANY OF AMERICA, FIDELITY &   )
GUARANTY INSURANCE COMPANY, THE  )
TRAVELERS INDEMNITY COMPANY OF   )
CONNECTICUT, and ST. PAUL MERCURY)
INSURANCE COMPANY,               )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )
                                 )
                                 )
CENTEX HOMES and DOES 1 through  )
10 inclusive,                    )
                                 )
AND RELATED COUNTERCLAIMS        )
─────────────────────────────────)
```

United States District Court
Northern District of California

The three above-captioned matters have been related and are now pending before this Court. In connection with a number of motions filed in case numbers 12-00371-SC and 13-0088-SC, the Court requested supplemental briefing, asking the parties for their positions on the consolidation or stay of these matters. Having reviewed these briefs and for good cause shown, the Court consolidates case numbers 12-0371-SC and 13-0088-SC for the purposes of trial. In light of the multiple rounds of pleading and Rule 12 motions already filed in these cases, the parties need not file consolidated pleadings. The Court declines to consolidate case number 11-3638-SC, since it is closer to trial than the other two cases and, thus, consolidation would result in an undue delay. The Court also declines to stay these actions pursuant to <u>Colorado River Water Conservation District v. United States</u>, 424 U.S. 800 (1976), with the exception of its adjudication of Centex's counterclaims as to certain underlying actions. This partial stay is set forth more fully in a concurrently filed order in case number 12-0371-SC.

IT IS SO ORDERED.

Dated: May 30, 2013

_____
UNITED STATES DISTRICT JUDGE

2