United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FIDELITY & GUARANTY INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, AND ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTEX HOMES and DOES 1 through 10 inclusive, | Case No. 11-3638-SC<br><br>ORDER SETTING TRIAL |
| CENTEX HOMES,<br><br>    Counterclaimant,<br><br>  v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>    Counterdefendant. | |

The Court hereby sets the trial in the above-captioned matter for February 10, 2014 at 9:30 a.m. The pre-trial conference shall be held on January 24, 2014 at 10:00 a.m. Both the trial and pre-trial shall be held in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. The Court previously set the discovery cut-off for December 11, 2012 and the last hearing date for motions for January 11, 2013. ECF No. 59. Those dates shall remain undisturbed, pending resolution of Centex's motion for reconsideration. See ECF Nos. 183, 186.

IT IS SO ORDERED.

Dated: May 30, 2013

UNITED STATES DISTRICT JUDGE