IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | ) Case No. 11-3638-SC <br> ) <br> ) ORDER DENYING MOTION TO <br> ) ENLARGE SCHEDULING ORDERS <br> ) TO PERMIT THE FILING OF A <br> ) <u>MOTION TO COMPEL</u> <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Now before the Court is Plaintiffs' motion for an order enlarging the Court's scheduling orders to permit Plaintiffs to file a motion to compel Defendant to produce certain documents. ECF No. 204 ("Mot."). The Motion is now moot, as Defendant has since agreed to produce the requested documents. <u>See</u> ECF No. 208 ("Hayes Decl.") ¶ 5. Accordingly, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

December 10, 2013

_____
UNITED STATES DISTRICT JUDGE