IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, NEWMEYER & DILLION, and DOES 1 through 10 inclusive, | Case Nos. 11-3638-SC, 12-0371-SC, 13-0088-SC<br><br>ORDER STAYING CASES |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, NEWMEYER & DILLION, RGL INC., RGL FORENSICS, and DOES 1 through 10 inclusive, | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FIDELITY & GUARANTY INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES and DOES 1 through 10 inclusive,<br><br>AND RELATED COUNTERCLAIMS | |

The three above-captioned matters have been related and are now pending before this Court.  Case Numbers 12-0371 and 13-0088 have also been consolidated (collectively, the "Consolidated Cases").  Travelers now moves to stay the proceedings in Case Number 11-cv-3638 (the "'38 Case") pending the California Supreme Court's review of <u>J.R. Marketing, LLC v. Hartford Casualty Insurance Company</u>, 158 Cal. Rptr. 3d 41 (Cal. Ct. App. 2013).  Centex does not oppose a stay of the '38 case, so long as the Court also stays the Consolidated Cases.  Centex has separately moved to stay the consolidated cases.  Those motions are unopposed.  In the interest of judicial efficiency, the Court STAYS all three cases, including Centex's pending motion for reconsideration in the '38 case, pending the Supreme Court's decision in <u>J.R. Marketing</u>.

IT IS SO ORDERED.

Dated: December 13, 2013

UNITED STATES DISTRICT JUDGE