**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES; and CENTEX REAL ESTATE CORPORATION,<br><br>    Defendants. | Case No. 11-CV-03638-SC<br><br>RESPONSE TO STATUS REPORT |

On December 13, 2013, the Court granted Defendants' motion to stay this case pending the outcome of the California Supreme Court's decision in Hartford Cas. Ins. Co. v. J.R. Mktg., L.L.C., No. S211645, 2015 WL 4716917 (Cal. Aug. 10, 2015). ECF No. 224. On August 102, 2015, the California Supreme Court issued its Opinion.

On August 17, 2015, the parties filed a joint status report requesting a status conference to discuss what actions may need to be taken in light of the California Supreme Court's decision. ECF No. 231. Plaintiffs' position is that additional briefing is

1  needed on the effect of J.R. Marketing on this Court's August 26,
2  2013 ruling on Centex's motion for reconsideration.  Centex's
3  position is that any party who believes J.R. Marketing affects a
4  ruling of this Court should bring a motion for leave to file a
5  motion for reconsideration consistent with Local Rule 7-9(a).  The
6  Court agrees with Centex's position and finds that a status
7  conference at this time is unnecessary.  Accordingly, Plaintiffs
8  should file a motion for reconsideration.

10     IT IS SO ORDERED.

12     Dated: August 18, 2015         
13                                    UNITED STATES DISTRICT JUDGE