IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES; and CENTEX REAL ESTATE CORPORATION,<br><br>　　　　Defendants. | Case No. 11-CV-03638-SC<br><br>ORDER LIFTING STAY |

On December 13, 2013, the Court granted Defendants' motion to stay this case pending the outcome of the California Supreme Court's decision in Hartford Cas. Ins. Co. v. J.R. Mktg., L.L.C., No. S211645, 2015 WL 4716917 (Cal. Aug. 10, 2015). ECF No. 224. On August 10, 2015, the California Supreme Court issued its Opinion. Accordingly, the stay is hereby lifted.

IT IS SO ORDERED.

Dated: August 18, 2015

_____
UNITED STATES DISTRICT JUDGE