PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive, <br><br>　　　　Defendants. <br><br>AND RELATED COUNTERCLAIM | Case No. 3:11-cv-03638-CRB <br><br> Honorable Charles R. Breyer <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE STATUS CONFERENCE TO MARCH 18, 2016 AT 8:30 A.M.** |

**FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the status conference in this case is continued until March 18, 2016 at 8:30 a.m.

Dated: February 11, 2016

Hon. Charles R. Breyer
Judge, United States District Court

Respectfully submitted by:
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

4829-9593-2206.1