Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

NEWMEYER & DILLION LLP
Joseph A. Ferrentino, CBN 162855
Joe.Ferrentino@ndlf.com
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
(949) 854-7000; (949) 854-7099 (fax)

Attorneys for Centex Homes, a Nevada partnership

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, <br><br>       Plaintiffs, <br><br>  v. <br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive, <br><br>       Defendants. <br><br>AND RELATED COUNTERCLAIM | Case No. 3:11-cv-03638-CRB <br><br> Honorable Charles R. Breyer <br><br> **STIPULATION TO STAY CASE AND ORDER** |

Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut and St. Paul Mercury Insurance Company (collectively "Travelers"), on the one hand and Centex Homes ("Centex"), on the other hand, through their designated counsel, respectfully request that this Court stay this matter for all purposes, including the recent briefing the Court ordered following the status conference held on March 18, 2016. (Docket No. 257.)

The parties have been involved in substantial global settlement negotiations for the dozens of cases between them in California courts. This includes state and federal cases throughout California, including this one.

On January 19, 2016, the parties attended a mandatory settlement conference before the Honorable John A. Kronstadt of the Central District of California. The parties adjourned the conference to exchange certain information to assist in further settlement discussions. As part of the ongoing settlement discussions, the parties entered into an informal standstill of most of the outstanding cases to conserve resources and promote judicial economy. Although this case was not initially part of the standstill, the parties wish to extend the standstill to include this case as well.

Initially the standstill was for 30 days to facilitate a February 23, 2016 settlement conference. However, the parties continued the MSC to April 1, 2016, to permit for additional information gathering. Recently, however, the Court continued the MSC to May 10, 2016. If discussions are promising, the parties may wish to hold additional days of settlement discussion if all issues are not resolved on May 10, 2016.

In light of the May 10, 2016, continued MSC, the parties now wish to stay this matter for all purposes and to take the May 20, 2016, status conference off calendar. The parties believe a stay will focus the parties' settlement efforts and preserve judicial economy.

If the Court agrees to the stay, the parties propose that they submit a brief joint status report no later than May 24, 2016 indicating whether the settlement discussions remain ongoing, such that a continued stay is warranted, or whether the discussions have reached an impasse and, in that case, propose a briefing schedule on the briefs the Court ordered during the March 18,

1  2016, status conference. (Docket No. 257.)

3  DATED: April 22, 2016          **PAYNE & FEARS LLP**

By:  _____/s/ *Jeffrey M. Hayes*_____
         J. KELBY VAN PATTEN
         JEFFREY M. HAYES

Attorneys for Defendant CENTEX HOMES

DATED:  April 22, 2016          **THE AGUILERA LAW GROUP, APLC**

By:  _____/s/ *Rebecca Hunter*_____
         A. ERIC AGUILERA, ESQ.
         RAYMOND E. BROWN, ESQ.
         REBECCA HUNTER, ESQ.

Attorneys for Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, FIDELITY & GUARANTY INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ST. PAUL MERCURY INSURANCE COMPANY

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that this case is stayed for all purposes and all pending deadlines are taken off calendar.

**IT IS FURTHER ORDERED** that the parties submit a joint status update no later than May 24, 2016, following the conclusion of the MSC that is being held before Honorable John A. Kronstadt of the Central District of California.

Dated:   April 28, 2016

Hon. Charles R. Breyer
Judge, United States District Court

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

3:11-cv-03638-CRB
STIPULATION TO STAY CASE AND [PROPOSED] ORDER