PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:11-cv-03638-CRB<br>And related cases<br><br>Honorable Charles R. Breyer<br><br>**ORDER GRANTING THE WITHDRAWAL OF ATTORNEY (JEFFREY M. HAYES) AS COUNSEL OF RECORD** |

1  **FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Jeffrey M.
2  Hayes is withdrawn as counsel of record for Defendant Centex Homes in this matter.

4  Dated:  August 8, 2016

   _____
   Hon. Charles R. Breyer
   Judge, United States District Court

7  Respectfully submitted by:
   Scott S. Thomas, Bar No. 106720
   sst@paynefears.com
8  J. Kelby Van Patten, Bar No. 167553
   kvp@paynefears.com
9  Timothy J. Heggem, Bar No. 276060
   tjh@paynefears.com
10 PAYNE & FEARS LLP
   Attorneys at Law
11 Jamboree Center, 4 Park Plaza, Suite 1100
   Irvine, California 92614
12 Telephone: (949) 851-1100
   Facsimile: (949) 851-1212

13 Attorneys for Centex Homes, a Nevada partnership

14 4830-7299-2053.1

---

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100