`

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 F: 714-384-6601
eaguilera@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiffs/Counter-Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 3:11-CV-03638<br>Hon. Charles R. Breyer<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION; [~~PROPOSED~~] ORDER** |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and St. Paul Mercury Insurance Company (collectively, "Travelers") and Centex Homes ("Centex"), by and through their counsel of record, as follows:

　　　Whereas, the parties have reached a settlement of this action and the settlement agreement has now been fully executed and funded.

　　　The parties hereby stipulate that the entire action be dismissed with prejudice pursuant

to FRCP 41(a)(1). The parties further stipulate that each side shall bear their own costs.

**SO STIPULATED.**

Dated: October 14, 2020            **THE AGUILERA LAW GROUP, APLC**

By:   /s/ A. Eric Aguilera
      Eric Aguilera
      Lindsee B. Falcone
      Attorneys for plaintiffs and counter- defendants
      Travelers Property Casualty Company of America, Fidelity & Guaranty Insurance Company, The Travelers Indemnity Company of Connecticut, and St. Paul Mercury Insurance Company

Dated: October 14, 2020            **PAYNE & FEARS, LLP**

By:   /s/ Jared de Jong
      Jared de Jong
      Attorneys for defendant and counter-claimant, CENTEX HOMES

2
**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION**

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |   |
| 3 |   |
| 4 | **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS |
| 5 | ENTIRE ACTION IS DISMISSED WITH PREJUDICE. EACH SIDE SHALL BEAR |
| 6 | THEIR OWN COSTS.** |

Dated: __October 16, 2020__          _____
                                                                    Hon. Charles R. Breyer,
                                                                    Judge, United States District Court